IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JUAN MARTINEZ, JR. | § | |
| VS. | § | CIVIL ACTION NO. 9:13-CV-22 |
| DIRECTOR, TDCJ-CID | § | |

<u>MEMORANDUM OPINION AND ORDER</u>

Petitioner Juan Martinez, Jr., an inmate confined at the Polunksy Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

<u>Discussion</u>

Title 28 U.S.C. § 2254(a) allows a district court to "entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A state prisoner is required to file his federal petition for writ of habeas corpus in either the district where the prisoner is incarcerated or the district where the prisoner was convicted and sentenced. 28 U.S.C. § 2241(d). Although both district courts have jurisdiction to entertain the application, "[t]he district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination." *Id.*

This court has jurisdiction to entertain the petition because petitioner is currently confined at the Polunsky Unit in Livingston, Texas.  Petitioner was convicted and sentenced in Bexar County, Texas, which is located in the Western District of Texas.

The court has considered the circumstances and has determined that the interests of justice would be served by transferring this petition to the division where petitioner was convicted and sentenced.  Therefore, the petition should be transferred to the San Antonio Division of the Western District of Texas for hearing and determination.  It is accordingly

**ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the San Antonio Division of the United States District Court for the Western District of Texas.

**SIGNED** this ___12___ day of _____February_____ , 2013.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE